United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 15-14257-MW
Paul V. Barnes                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-6          User: admin          Page 1 of 1          Date Rcvd: Aug 10, 2015
                              Form ID: b18         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2015.
```
db         +Paul V. Barnes,    22985 Climbing Rose Drive #224,    Moreno Valley, CA 92557-6036
36230929   +DirecTV,   c/o First National Collection,    610 Waltham Way,    Sparks, NV 89434-6695
36230930   +First Premier Bank,    PO Box 1630,    Warren, MI 48090-1630
36230933    Harley Davidson Credit,    Department 15129,    Palatine, IL 60055-5129
36230935   +Nova Pointe Apartments Phase,    c/o Kimball Tirey St. John,    1202 Kettner Blvd. Fl. 5,
             San Diego, CA 92101-3338
36230936   +Penn Foster School,    c/o USCB Corporation,    101 Harrison Street,    Archbald, PA 18403-1961
36230937   +San Bernardino Medical Group,    c/o Medicredit Corporation,    PO Box 1629,
             Maryland Heights, MO 63043-0629
36230938   +Springleaf Financial Services,    905 E Hospitality Lane Ste. B,    San Bernardino, CA 92408-2865
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QJPPRINGLE.COM Aug 11 2015 02:33:00      John P Pringle (TR),
             Roquemore, Pringle & Moore, Inc.,    6055 East Washington Blvd., Suite 500,
             Los Angeles, CA 90040-2466
smg         EDI: EDD.COM Aug 11 2015 02:35:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,    Sacramento, CA 94280-0001
smg         EDI: CALTAX.COM Aug 11 2015 02:33:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
             P.O. Box 2952,    Sacramento, CA 95812-2952
36230923   +E-mail/Text: bankruptcy@cityofvista.com Aug 11 2015 02:35:21      American Capital Enterprises,
             27919 Jefferson Avenue,    Temecula, CA 92590-2653
36230924    EDI: BANKAMER.COM Aug 11 2015 02:34:00      Bank of America,    PO Box 982235,
             El Paso, TX 79998
36230925   +EDI: MID8.COM Aug 11 2015 02:33:00      Beneficial,   c/o Midland Funding,
             8875 Aero Drive Ste. 200,    San Diego, CA 92123-2255
36230928    EDI: CITICORP.COM Aug 11 2015 02:34:00      Citibank USA,    P.O. Box 183037,
             Columbus, OH 43218-3051
36230926   +E-mail/Text: bankruptcy@cavps.com Aug 11 2015 02:35:04      Cavalry Portfolio Service,
             500 Summit Lake Dr,    Valhalla, NY 10595-2322
36230927   +EDI: CHASE.COM Aug 11 2015 02:33:00      Chase Bank,   PO Box 15298,    Wilmington, DE 19850-5298
36230931   +E-mail/Text: bankruptcy@cavps.com Aug 11 2015 02:35:04      GE Money Bank,
             c/o Cavalry Portfolio Service,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
36230932   +EDI: RESURGENT.COM Aug 11 2015 02:34:00      General Electric Capital Corp.,
             c/o LVNV Funding LLC,    PO Box 10497,    Greenville, SC 29603-0497
36230934   +EDI: MID8.COM Aug 11 2015 02:33:00      Midland Credit Managment Inc.,
             8875 Aero Drive Ste. 200,    San Diego, CA 92123-2255
36230939   +EDI: RMSC.COM Aug 11 2015 02:34:00      Synchrony Bank,   PO Box 960061,
             Orlando, FL 32896-0061
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2015 at the address(es) listed below:
```
              Alon Darvish    on behalf of Debtor Paul V. Barnes alon@bankruptcylalaw.com, darvishecf@gmail.com
              Avi Schild    on behalf of Interested Party    Courtesy NEF bk@atlasacq.com
              John P Pringle (TR)    jpringle@ecf.epiqsystems.com, johnppringle@earthlink.net
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Paul V. Barnes

**BANKRUPTCY NO.** 6:15−bk−14257−MW

**CHAPTER** 7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−5659
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Discharge Date:** 8/10/15

**Address:**
22985 Climbing Rose Drive #224
Moreno Valley, CA 92557

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: August 10, 2015

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

10 / AUT

B18 (Official Form 18) Cont. Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.